UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**VENIKO MARQUEL BYRD,**

    **Plaintiff,**

v.                                        Case No. 4:25-cv-362-TKW-MJF

**WOODROW KERCE and**
**STEVEN OUTLAW,**

    **Defendants.**

    _____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 9). No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to truthfully disclose his litigation history as required by the court-mandated complaint form. *See McNair v. Johnson*, 141 F.4th 1301, 1308 (11th Cir. 2025). Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED under the Court's inherent authority based on Plaintiff's failure to truthfully disclose his litigation history.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 9th day of January, 2026.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**